UNITED STATES OF AMERICA,      )
     )
         Plaintiff,          )
     )
v.      )     No.:    3:11-CR-142
     )            (VARLAN/SHIRLEY)
UNDRA DAVIS,      )
     )
         Defendant.      )

## ORDER

This criminal case is before the Court for consideration of the Report and Recommendation, entered by United States Magistrate Judge C. Clifford Shirley, Jr., on March 29, 2012 (the "R&R") [Doc. 45]. There have been no timely objections to the R&R and enough time has passed since the filing of the R&R to treat any objections as having been waived [*See* Doc. 48 (granting defendant until April 16, 2012, in which to file objections)]. *See also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51. In the R&R, Magistrate Judge Shirley recommends that the defendant's motion to suppress [Doc. 34] be denied.

After a careful review of the R&R, the Court is in agreement with Magistrate Judge Shirley's recommendation, which the Court adopts and incorporates into its ruling. Thus,

the Court **ACCEPTS IN WHOLE** the R&R [Doc. 45] and **DENIES** the defendant's Motion to Suppress [Doc. 34].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE